**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Pamela A. Starr | ) | |
| | ) | |
| **Debtor** | ) | CASE NO. 20-32454 |

**MOTION TO BORROW POST-CONFIRMATION**

Comes the Debtor, through counsel, and moves the Court for authority to borrow and in support of the Motion submits the following information:

1. Amount to be borrowed: $210,012.00

2. Interest rate: 4.75%

3. Term of loan and amount of installment payment:
   $1,661.00 per month for the first 132 months, thereafter decreasing to $1,524.00 per month for the remaining 228 months (these amounts include escrow projection for taxes and insurance) with a fixed interest rate of 4.75%.

4. Purpose of loan:

   This loan is for the purpose of refinancing the Debtor's principal residence located at 2318 Tavener Drive, Louisville, KY 40242. The terms stated above are proposed by Stockton Mortgage Corporation and the loan estimate is attached.

   This refinance would remove the Debtor's mortgage arrears from the bankruptcy plan. This refinance would also provide the Debtor with approximately $20,383.00 in funds to make needed repairs to the home. Specifically, the basement of the home has significant water damage that must be remedied and the outside of the home is in need of paint and maintenance/upkeep.

5. The Debtor is current in payments to the Trustee.

6. An amended budget is attached.

**Verification**

The statements in the foregoing Motion are true to the best of my knowledge and belief.
/s/ Pamela Starr
Debtor

WHEREFORE, the Debtor requests that the Court enter the attached Order granting the relief requested above.

Respectfully submitted,

/s/ Allison B. Holt
Allison B. Holt
THORNHILL & HOLT, PLLC
2125 Old Shepherdsville Rd
Louisville, KY 40218
Phone: 502-498-4040
Fax: 502-498-8084
ally@thornhill-holt.com

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was mailed on April 28, 2022 to all parties having entered their appearance but not receiving same electronically; specifically delivered via first class mail to Pamela Starr at 2318 Tavener Dr Louisville, KY 40242.

/s/ Allison B. Holt
Allison B. Holt