## Notice of Change Circumstances Reasons

Date of Change: March 2, 2022                                Loan Number: 5310111334

Borrower(s): Pamela Ann Starr

Property Address: 2318 Tavener Drive
Louisville, KY 40242

Lender: **Stockton Mortgage Corporation**

Previously, in connection with your loan application, you were provided a Loan Estimate disclosure that contained an estimate of loan costs and loan terms for the mortgage loan sought. For one or more of the following reasons indicated below, we are providing you with a revised Loan Estimate.

☐ Change Circumstance affecting Settlement Charges;

☐ Change Circumstance affecting Eligibility;

☐ You requested changes to the mortgage loan sought that changes the loan costs or the loan terms;

☒ You have chosen to lock your Rate affecting Interest Rate Dependent charges and terms;

☐ The loan requested is a new home loan construction;

☐ The Loan Estimate has expired; or

☐ Other:

Changed Circumstance Description(s):
**Locked Loan**

Comments:
**borrower has requested to lock rate at 4.750%, with a credit of .124% and will expire 4/11/22.**

Should you have any questions regarding your revised Loan Estimate or your loan status, please call
**Tyra Anderson, Lender Representative at 502-916-8488.**



# Stockton Mortgage Corporation

1901 Blankenbaker Pkwy · Louisville, KY 40299

*Save this Loan Estimate to compare with your Closing Disclosure.*

## Loan Estimate

| | | | |
|---|---|---|---|
| **DATE ISSUED** | 3/3/2022 | **LOAN TERM** | 30 years |
| **APPLICANTS** | Pamela Ann Starr<br>2318 Tavener Drive<br>Louisville, KY 40242 | **PURPOSE**<br>**PRODUCT**<br>**LOAN TYPE** | Refinance<br>Fixed Rate<br>☐ Conventional  ☒ FHA  ☐ VA  ☐ _____ |
| **PROPERTY** | 2318 Tavener Drive<br>Louisville, KY  40242 | **LOAN ID #**<br>**RATE LOCK** | 5310111334<br>☐ NO  ☒ YES, until 4/11/2022 at 11:59 PM EDT |
| **EST. PROP. VALUE** | $258,000 | | *Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on* |

### Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $210,012 | NO |
| **Interest Rate** | 4.75 % | NO |
| **Monthly Principal & Interest**<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $1,095.52 | NO |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | NO |
| **Balloon Payment** | | NO |

### Projected Payments

| Payment Calculation | Years 1-11 | Years 12-30 |
|---|---|---|
| Principal & Interest | $1,095.52 | $1,095.52 |
| Mortgage Insurance | +    137 | +    - |
| Estimated Escrow<br>*Amount can increase over time* | +    428 | +    428 |
| **Estimated Total Monthly Payment** | **$1,661** | **$1,524** |

| Estimated Taxes, Insurance & Assessments<br>*Amount can increase over time* | $428<br>Monthly | This estimate includes<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☐ Other:<br>*See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | In escrow?<br>YES<br>YES |
|---|---|---|---|

### Costs at Closing

| **Estimated Closing Costs** | $11,110 | Includes $7,135 in Loan Costs + $4,235 in Other Costs - $260 in Lender Credits. *See page 2 for details.* |
|---|---|---|
| **Estimated Cash to Close** | $20,383 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.*<br>☐ From   ☒ To    Borrower |

Visit www.co...mation and tools.

# Closing Cost Details

## Loan Costs

| A. Origination Charges | $1,395 |
|---|---|
| % of Loan Amount (Points) | |
| Underwriting Fees | $1,395 |

| B. Services You Cannot Shop For | $4,457 |
|---|---|
| Appraisal Fee | $600 |
| Credit Report | $95 |
| Final Inspection Fee | $125 |
| MERS(R) Registration Fee | $25 |
| Mortgage Insurance Premium | $3,612 |

| C. Services You Can Shop For | $1,283 |
|---|---|
| Title - Closing Fee | $550 |
| Title - CPL (Closing Protection Letter) | $50 |
| Title - Lender's Title Insurance | $633 |
| Title - TIP (Title Insurance Premium) Tax | $50 |

| D. TOTAL LOAN COSTS (A + B + C) | $7,135 |
|---|---|

## Other Costs

| E. Taxes and Other Government Fees | $176 |
|---|---|
| Recording Fees and Other Taxes | $176 |
| Transfer Taxes | |

| F. Prepaids | $2,259 |
|---|---|
| Homeowner's Insurance Premium (12 months) | $2,040 |
| Mortgage Insurance Premium (     months) | |
| Prepaid Interest ($27.33 per day for 8 days @4.75 %) | $219 |
| Property Taxes (     months) | |

| G. Initial Escrow Payment at Closing | | | $1,800 |
|---|---|---|---|
| Homeowner's Insurance | $170.00 per month for 3 | mo. | $510 |
| Mortgage Insurance | per month for | mo. | |
| Property Taxes | $258.00 per month for 5 | mo. | $1,290 |

| H. Other | $0 |
|---|---|

| I. TOTAL OTHER COSTS (E + F + G + H) | $4,235 |
|---|---|

| J. TOTAL CLOSING COSTS | $11,110 |
|---|---|
| D + I | $11,370 |
| Lender Credits | -$260 |

### Calculating Cash to Close

| Loan Amount | $210,012 |
|---|---|
| Total Closing Costs (J) | -$11,110 |
| Estimated Total Payoffs and Payments | -$178,519 |
| Estimated Cash to Close    ☐ From  [x] To  Borrower | $20,383 |
| Estimated Closing Costs Financed (Paid from your Loan Amount) | $11,110 |

## Additional Information About This Loan

| | | | |
|---|---|---|---|
| **LENDER** | Stockton Mortgage Corporation | **MORTGAGE BROKER** | |
| **NMLS/ ___ LICENSE ID** | 8259 / MC24658 | **NMLS/ ___ LICENSE ID** | |
| **LOAN OFFICER** | Tyra Anderson | **LOAN OFFICER** | |
| **NMLS/ ___ LICENSE ID** | 2021751 / MC737480 | **NMLS/ ___ LICENSE ID** | |
| **EMAIL** | tanderson@smcapproved.com | **EMAIL** | |
| **PHONE** | 502-916-8488 | **PHONE** | |

| **Comparisons** | Use these measures to compare this loan with other loans. | |
|---|---|---|
| **In 5 Years** | $81,009 | Total you will have paid in principal, interest, mortgage insurance, and loan costs. |
| | $17,855 | Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | 5.555 % | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| **Total Interest Percentage (TIP)** | 87.898 % | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

### Other Considerations

| | |
|---|---|
| Appraisal | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| Assumption | If you sell or transfer this property to another person, we<br>☒ will allow, under certain conditions, this person to assume this loan on the original terms.<br>☐ will not allow assumption of this loan on the original terms. |
| Homeowner's Insurance | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| Late Payment | If your payment is more than *15* days late, we will charge a late fee of *4% of the principal and interest overdue.* |
| Liability after Foreclosure | Taking this loan could end any state law protection you may currently have against liability for unpaid debt if your lender forecloses on your home. If you lose this protection, you may have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information. |
| Refinance | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| Servicing | We intend<br>☒ to service your loan. If so, you will make your payments to us.<br>☐ to transfer servicing of your loan. |

### Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

_DocuSigned by:_
*Pamela Ann Starr*
——————————————————————————    3/4/2022
D5E2CF30E50945E...
Pamela Ann Starr                                    Date



LOAN ESTIMATE • GTRIDLENSJ_S  0720
03/03/2022 06:03 AM PST

## Lock-In Agreement

Borrower: Pamela Starr,

Property Address: 2318 Tavener Drive  Louisville, KY, 40242

| Y | **Locked Rate/Points Option -** Borrower(s) may stabilize or "Lock-In" the interest rate and/or loan origination, discount points or broker fees for a specified time period with certain terms and conditions. |

|   | **Float to Lock Option -** If this option is selected, borrower(s) will float the terms of the loan (rate &fee) until they choose to lock-in, or the ability to lock-in exists.  Borrower(s) may lock-in by telephone or in person, Monday through Friday.  Lock cutoff times during the day vary by lender, usually between 12 Noon and 4 PM.  Check with your loan officer. After this time, a lock-in will not be able to be executed until the next business day.  Once a lock-in has been requested, a new Lock-In Agreement will be prepared and given to borrower(s) directly or sent by first class mail within three (3) business days. |

| Loan Amount: | 206,400.00 | Mortgage Type: | FHA |
|---|---|---|---|
| Interest Rate: | 4.750 | Loan Program: | Stockton Mortgage FHA 30 Yr Fixed >200K <=225K |
| Term in Months: | 360 | Date Locked: | 03/02/2022 |
| Extension Fee: |  | Lock-In Expiration: | 04/11/2022 |

Y

# DocuSign

## Certificate Of Completion

Envelope Id: 8179BCB52AB648888B7AE6B29F3249B8  
Subject: Disclosure Package 2, LO: tanderson@stockton.com  
Source Envelope:  
Document Pages: 5  
Certificate Pages: 4  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 1  
Initials: 0

Status: Completed  
Envelope Originator:  
Disclosures Integration  
docusign.admin@simplenexus.com  
IP Address: 52.0.100.188

## Record Tracking

Status: Original  
    3/3/2022 6:05:48 AM

Holder: Disclosures Integration  
    docusign.admin@simplenexus.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Pamela Ann Starr<br>askinc247@yahoo.com<br>Security Level:<br>  .Email<br>  ID: 4c4b7407-c5d3-4da3-91d9-6716009efeb5<br>  3/4/2022 9:17:32 AM<br><br>**Electronic Record and Signature Disclosure:**<br>  Accepted: 3/4/2022 9:17:43 AM<br>  ID: 18bec856-76d5-4fb8-a004-bdf0f1b229a9 | *DocuSigned by:*<br>*[signature]*<br>D5E2CF30E50945E...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 174.202.73.3<br>Signed using mobile | Sent: 3/3/2022 6:05:49 AM<br>Viewed: 3/4/2022 9:17:43 AM<br>Signed: 3/4/2022 9:18:18 AM |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/3/2022 6:05:49 AM |
| Certified Delivered | Security Checked | 3/4/2022 9:17:43 AM |
| Signing Complete | Security Checked | 3/4/2022 9:18:18 AM |
| Completed | Security Checked | 3/4/2022 9:18:18 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 9/21/2020 11:23:03 AM
Parties agreed to: Pamela Ann Starr

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, SimpleNexus (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact SimpleNexus:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically please contact your Loan Officer, or send an email to support@simplenexus.com
**To advise SimpleNexus of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at support@simplenexus.com and in the body of such request you must state: your previous email address, your new email address.  support@simplenexus.com

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from SimpleNexus**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to support@simplenexus.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with SimpleNexus**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to support@simplenexus.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify SimpleNexus as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by SimpleNexus during the course of your relationship with SimpleNexus.