## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Pamela A Starr<br><br>Debtor(s) | Case No.:20−32454−acs<br><br>Chapter: 13<br>Judge: Alan C. Stout |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion to Borrow $210,012.00 in order to Refinance Mortgage. Filed by Debtor Pamela A Starr. Objections due by 05/12/2022. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Proposed Order # 2 Refi Terms # 3 Amended Budget) (Holt, Allison)

Dated: 4/29/22

By:  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court