# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Pamela A Starr<br><br>Debtor(s) | Case No.:20−32454−acs<br><br>Chapter: 13<br>Judge: Alan C. Stout |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion to Borrow $210,012.00 in order to Refinance Mortgage. Filed by Debtor Pamela A Starr. Objections due by 05/12/2022. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Proposed Order # 2 Refi Terms # 3 Amended Budget) (Holt, Allison)

Dated: 4/29/22

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re: Case No. 20-32454-acs
Pamela A Starr Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3 User: KYWBECFAd Page 1 of 3
Date Rcvd: Apr 29, 2022 Form ID: 267 Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela A Starr, 2318 Tavener Dr, Louisville, KY 40242-4001 |
| 6752006 | + | Fenton & McGarvey, 2401 Stanley Gault Pkwy, Louisville, KY 40223-4175 |
| 6752007 | + | First Resolution Investment Corp, c/o CSC-Lawyers In Corporation Service, 50 W Broad Street, Suite 1800, Columbus, OH 43215-5910 |
| 6770334 | + | First Resolution Investment Corporation, PO Box 42730, Cincinnati, OH 45242-0730 |
| 6752009 | | Heather R. Peters, Atty, P.O. Box 848, New Albany, IN 47151-0848 |
| 6752008 | + | Heather R. Peters, Atty, 432 E. Court Ave., Jeffersonville, IN 47130-3414 |
| 6752012 | + | Janell L. Duncan, 1412 Stoneyhollow Ct., Hebron, KY 41048-7389 |
| 6752011 | + | Janell L. Duncan, 2300 Litton Lane, Suite 200, P.O. Box 597, Hebron, KY 41048-0597 |
| 6752013 | + | MBNA America Bank, 655 Paper Mills Road, Mail Stop 1411, Wilmington, DE 19884-1510 |
| 6752016 | + | MTGLQ Investors, c/o Rushmore Loan, 7515 Irvine Center Dr, Irvine, CA 92618-2930 |
| 6752017 | + | National Check Bureau Inc, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 6752020 | + | Robert K. Hogan, Javitch Block, LLC, 700 Walnut Street, Suite 300, Cincinnati, OH 45202-2011 |
| 6752021 | + | Sara Vieth, 602 Main St., Ste. 500, Cincinnati, OH 45202-2555 |
| 6752022 | + | Thomas Myers, Lyons, Doughty, & Veldhuis, 471 East Broad Street 12th Floor, Columbus, OH 43215-3806 |
| 6772827 | + | U.S. Bank Trust National Association, as Trustee, of the Chalet Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6751998 | + | Email/Text: g17768@att.com | Apr 29 2022 18:45:00 | AT&T, PO Box 105503, Atlanta, GA 30348-5503 |
| 6751995 | + | Email/Text: bsimmons@amsher.com | Apr 29 2022 18:46:00 | AmSher Collection Services, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 6751994 | + | Email/Text: bsimmons@amsher.com | Apr 29 2022 18:46:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 6753754 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2022 18:50:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 6751996 | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Apr 29 2022 18:46:00 | Assistant U.S. Attorney, 717 West Broadway, Louisville, KY 40202-2215 |
| 6751997 | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Apr 29 2022 18:46:00 | Assistant U.S. Attorney, 717 W. Broadway, Louisville, KY 40202-2215 |
| 6751999 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 18:51:09 | Capital One, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 6752000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 18:51:09 | Capital One Bank, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 6781349 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2022 18:51:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, |

| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 267 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City OK 73118-7901 |
| 6752003 | + | Email/Text: BKPT@cfna.com | Apr 29 2022 18:45:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 6752002 | + | Email/Text: BKPT@cfna.com | Apr 29 2022 18:45:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 6752004 | + | Email/Text: bknotice@ercbpo.com | Apr 29 2022 18:46:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 6752005 | + | Email/Text: bknotice@ercbpo.com | Apr 29 2022 18:46:00 | Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 6752010 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2022 18:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 6752955 | + | Email/Text: thomas.wolfe@ky.gov | Apr 29 2022 18:46:00 | KENTUCKY DEPARTMENT OF REVENUE, LEGAL SUPPORT BRANCH, P.O. BOX 5222, FRANKFORT, KY 40602-5222 |
| 6752013 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2022 18:45:00 | MBNA America Bank, 655 Paper Mills Road, Mail Stop 1411, Wilmington, DE 19884-1510 |
| 6754194 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2022 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 6752015 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2022 18:46:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 6752014 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2022 18:46:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 6772072 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 18:51:10 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 6752019 | + | Email/Text: bk@rgsfinancial.com | Apr 29 2022 18:45:00 | Rgs Financial, 1700 Jay Ell Drive, Richardson, TX 75081-1600 |
| 6752018 | + | Email/Text: bk@rgsfinancial.com | Apr 29 2022 18:45:00 | Rgs Financial, Attn: Bankruptcy, Po Box 852039, Richardson, TX 75085-2039 |
| 6772827 | ^ | MEBN | Apr 29 2022 18:45:12 | U.S. Bank Trust National Association, as Trustee, of the Chalet Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6752001 | ##+ | Charles V. Gasior/Laura Infante, Clunk, Paisley, Hoose Co., LPA, 4500 Courthouse Blvd., Stow, OH 44224-6839 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0644-3 | User: KYWBECFAd | Page 3 of 3 |
| Date Rcvd: Apr 29, 2022 | Form ID: 267 | Total Noticed: 36 |

Date: May 01, 2022   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison B. Holt | on behalf of Debtor Pamela A Starr ally@thornhill-holt.com |
| Molly Slutsky Simons | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bankruptcy@sottileandbarile.com |
| Timothy E. Ruppel | ustpregion08.lo.ecf@usdoj.gov |
| William W. Lawrence -13 | ECF@louchapter13.com ecf.bk.westky@gmail.com |

TOTAL: 4