**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Pamela A. Starr | ) | |
| | ) | |
| **Debtor** | ) | **CASE NO. 20-32454** |

# ORDER

    This matter having come before the Court on Motion by the Debtor to Borrow Post-Confirmation and the Court being sufficiently advised,

    IT IS HEREBY ORDERED that the Debtor is authorized to borrow in the amount of $210,012.00 for the purpose of refinancing the mortgage on her principal residence located at 2318 Tavener Drive, Louisville, KY 40242.                                                                                   .

    A copy of this Order will be mailed to the Debtor; Counsel for Debtor; Trustee; and to all creditors listed on the mailing matrix.

Tendered by:
Allison B. Holt
THORNHILL & HOLT, PLLC
2125 Old Shepherdsville Rd
Louisville, KY 40218
Phone: 502-498-4040
Fax: 502-498-8084
ally@thornhill-holt.com

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: May 13, 2022